

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On November 7, 2014, appellant filed a notice of appeal from the trial court's October 13, 2014 judgment. On December 29, 2014, after her trial attorney was permitted to withdraw, appellant filed an affidavit of indigency in this court. It appears appellant did not file her affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on November 7, 2014, the date the notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on November 24, 2014 — the actual fifteenth day, the twenty-second of November, was a Saturday. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the affidavit filed in this court as a motion for extension of time to file the affidavit in the trial court. Although the affidavit was filed outside the fifteen-day deadline set forth in Rule 20.1(3), an untimely affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). Accordingly, we **GRANT** the motion to extend time to file an affidavit of inability to pay costs.

We **ORDER** the clerk of this court to send copies of the affidavit and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **ORDER** the deadline for filing a contest to the affidavit of indigence is **January 9, 2015**.  **Any contest must be filed in this court.**  *See* TEX. R. APP. P. 20.1(e)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court